BENJAMIN B. WAGNER
United States Attorney
KIRK E. SHERRIFF
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorney for the
United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>   v.<br><br>RANDY LEE WILKINS,<br><br>                    Defendant. | Case NO. 1:12-CR-0039 LJO DLB<br><br>MOTION TO **UNSEAL** INDICTMENT AND ARREST WARRANT |

The United States hereby moves this Court for an order unsealing the indictment and arrest warrant in this case, which were previously sealed on February 9, 2012 pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure.

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

Date: February 17, 2012   By:   /s/ Kirk E. Sherriff
                                     KIRK E. SHERRIFF
                                     Assistant United States Attorney

1

BENJAMIN B. WAGNER
United States Attorney
KIRK E. SHERRIFF
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorney for the
United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case NO. 1:12-CR-0039 LJO DLB |
| Plaintiff, | ) |
| | ) ORDER TO **UNSEAL** INDICTMENT AND |
| | ) ARREST WARRANT |
| v. | ) |
| | ) |
| RANDY LEE WILKINS, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

The indictment and arrest warrant in this case, having been sealed by Order of the Court pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, and it appearing that they no longer need remain secret,

IT IS HEREBY ORDERED that the indictment and arrest warrant be unsealed and made public record.

IT IS SO ORDERED.

Dated: __February 17, 2012__          ___/s/ Sheila K. Oberto___
                                            UNITED STATES MAGISTRATE JUDGE