| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| | United States Attorney |
| 2 | KIRK E. SHERRIFF |
| | GRANT B. RABENN |
| 3 | Assistant United States Attorneys |
| | 2500 Tulare Street, Suite 4401 |
| 4 | Fresno, CA 93721 |
| | Telephone: (559) 497-4000 |
| 5 | Facsimile: (559) 497-4099 |
| 6 | Attorneys for Plaintiff |
| | United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:12-CR-0039 LJO BAM |
|---|---|
| Plaintiff, | STIPULATION; ORDER |
| v. | |
| RANDY LEE WILKINS, | Trial Date: Nov. 13, 2013<br>Time: 8:30am<br>Court: Four |
| Defendant. | (Hon. Lawrence J. O'Neill) |

Plaintiff the United States of America and defendant RANDY LEE WILKINS, by and through their respective counsel of record, submit this stipulation to extend the deadline to submit exhibits in this case.

The parties met and conferred on October 21, 2013 and reviewed various matters including joint proposed jury instructions and a joint proposed jury verdict form for use in this case, certain evidentiary issues, and the exhibit submission deadline. The Pretrial Order requires the parties to submit their trial exhibits on November 1, 2013. Due to counsels' schedules and the need to prepare copies of exhibit binders, the parties respectfully request that the court extend the deadline for the submission of trial exhibits to November 7, 2013, which is the Thursday before the week the trial starts. The parties do not anticipate requesting an extension of the other deadlines in the Pretrial Order.

Dated: Oct. 25, 2013

1

|  |  |
|---|---|
| | Respectfully Submitted, |
| | BENJAMIN B. WAGNER<br>United States Attorney |
| /s/ Salvatore Sciandra<br>(authorized on 10/25/13)<br>SALVATORE SCIANDRA<br>Attorney for defendant<br>Randy Lee Wilkins | /s/ Kirk E. Sherriff<br>KIRK E. SHERRIFF<br>GRANT B. RABENN<br>Assistant United States Attorneys |

## **ORDER**

Good cause appearing, IT IS ORDERED that the deadline for the parties to submit their exhibits is extended to November 7, 2013.

IT IS SO ORDERED.

Dated: **October 25, 2013**     **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE