UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR F 12-0039 LJO BAM |
| Plaintiff, | **ORDER TO SET TRIAL** |
| vs. | |
| RANDY LEE WILKINS, | |
| Defendants. | |
| _____/ | |

With mistrial declared on November 14, 2013, this Court RESETS trial for **January 7, 2014 at 8:30 a.m. in Department 4 (LJO).** This Court contemplates no need for further pretrial filings as proposed voir dire, witness and exhibit lists, jury instructions, verdict and trial briefs have been filed and/or prepared. As such, no later than December 12, 2013, the parties may contact the Court by emailing ggreen@caed.uscourts.gov to seek approval prior to filing further papers. Such email must identify the requested papers to be filed and the need for them or for this Court to resolve any identified issues.

IT IS SO ORDERED.

Dated: **November 25, 2013**          **/s/ Lawrence J. O'Neill**
                                                        UNITED STATES DISTRICT JUDGE

1