# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR F 12-0039 LJO BAM |
| Plaintiff, | **ORDER TO FILE UPDATED EXHIBIT AND WITNESS LISTS** |
| vs. | |
| RANDY LEE WILKINS, | |
| Defendants. | |

With trial reset to January 7, 2014 and given the Government's November 27, 2013 email request, this Court ORDERS the parties, no later than **December 30, 2013**, to file and serve their respective updated lists of: (1) all witnesses, including those which the parties may reasonably be expected to call as rebuttal witnesses; and (2) all exhibits which the parties seek to use during trial and/or admit into evidence. This Court FURTHER ORDERS the parties, no later than **January 2, 2014**, to submit to the clerk's office an original and two copies of their premarked exhibits.

IT IS SO ORDERED.

Dated: **November 27, 2013**        **/s/ Lawrence J. O'Neill**
                                    UNITED STATES DISTRICT JUDGE